# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK J. DEPETRO,

        Plaintiff,

v.

JEREMY BEAN, et al.,

        Defendants.

Case No.: 2:25-cv-00694-JAD-NJK

**Order Directing Plaintiff to File a Notice of Change of Address and to file a Non-Prisoner IFP**

**I.    DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court and his mail is being returned as undeliverable. Docket No. 6. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. This Court grants Plaintiff until **February 6, 2026**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for inmates as moot because Plaintiff is no longer incarcerated. Docket No. 1. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by **February 6, 2026,** or pay the full filing fee of $405.

. . . .

. . . .

. . . .

## II.     CONCLUSION

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff will file an updated address with the Clerk of the Court by **February 6, 2026**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmates is **DENIED** as moot.  Docket No. 1.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

IT IS FURTHER ORDERED that, no later than **February 6, 2026**, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED: January 8, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2